# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **IN RE JEFFERY R. AND** <br> **NANCY L. LIVINGSTON,** <br> <br> Debtors. | ) <br> ) Bankruptcy Case No. 13-71744 <br> ) Adversary Proceeding No. 14-07044 <br> ) |
| **MARC BOUGIE,** <br> <br> Plaintiff - Appellee, <br> <br> v. <br> <br> **JEFFERY R. LIVINGSTON,** <br> <br> Defendant - Appellant. | ) <br> ) <br> ) Case No. 1:15CV00036 <br> ) <br> ) **JUDGMENT** <br> ) <br> ) By: James P. Jones <br> ) United States District Judge <br> ) |

For the reasons stated in the Opinion accompanying this Judgment, it is **ORDERED AND ADJUDGED** that the Order of the Bankruptcy Court is VACATED and the case is REMANDED for further proceedings in accord with this court's Opinion.

ENTER: January 4, 2016

/s/ James P. Jones
United States District Judge